COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | |
|---|---|
| § | No. 08-08-00216-CV |
| § | |
| | Appeal from the |
| IN THE INTEREST OF K.V., AND § | |
| M.J.V., MINOR CHILDREN | 383rd Judicial District Court |
| § | |
| | of El Paso County, Texas |
| § | |
| | (TC#  2008AG302) |
| § | |

**MEMORANDUM  OPINION**

This appeal is before the Court on its own motion for determination whether the appeal should be dismissed for want of jurisdiction.  Finding that a final judgment has not been entered in the trial court, we dismiss the appeal for want of jurisdiction.

Appellant filed a notice of appeal on June 11, 2008.  Upon further review, it appears Appellant is attempting to appeal from an agreed order entered in by an associate judge in El Paso County's Title IV-D Court.  On June 11, 2008, the clerk of this Court notified Appellant of the Court's intent to dismiss the appeal for want of jurisdiction unless a party, within ten days of the date of the notice, could show grounds for continuing the appeal.  We have not received a response.

Appellate courts generally have jurisdiction over final judgments, and such interlocutory orders as the Legislature deems appealable.  *See* TEX.CIV.PRAC.&REM.CODE ANN. §§ 51.012, 51.014 (Vernon  2008); *Ruiz v. Ruiz*, 946 S.W.2d 123, 124 (Tex.App.--El Paso 1997, no pet.). Given the absence of a final judgment or other appealable order, we dismiss this appeal for lack

of jurisdiction.


September 25, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.